**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CARLOS ALBERTO RODELO ECHAVEZ**          **CIVIL ACTION NO. 25-1282**

**SECTION P**

**VS.**

**JUDGE JERRY EDWARDS, JR.**

**TODD M. LYONS, ET AL.**          **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER**

Before the Court is the Report and Recommendation of the Magistrate Judge (Doc. 30) recommending that the injunctive relief sought by Petitioner be denied. The Court has reviewed the Petitioner's Objection to the recommendation (Doc. 32), the supplemental authority provided by Petitioner (Doc. 33), and the response filed by the Government (Doc. 34). After conducting a de *novo* review of the record, the Court will refer this matter back to the Magistrate Judge for further consideration and consolidation with a recommendation on the merits of the habeas petition. Accordingly,

IT IS ORDERED that this matter is referred to the Magistrate Judge for further consideration and consolidation with a recommendation on the merits of the habeas petition.

THUS DONE AND SIGNED, this 2nd day of January 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**