UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CARLOS ALBERTO RODELO
ECHAVEZ
_____
Petitioner

Case No.   3:25-cv-1282

VS.
TODD M. LYONS, et al.
_____
Respondents

Judge   Jerry Edwards, Jr.
Magistrate Judge   Kayla D. McClusky

**ORDER**

IT IS ORDERED that Kevin Hirst be and is hereby admitted to the bar of this Court pro

hac vice on behalf of Petitioner Carlos Alberto Rodelo Echavez in the above described action.

SO ORDERED on this, the 2nd day of January, 2026.

_____
U.S. Magistrate Judge