# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CARLOS ALBERTO RODELO ECHAVEZ** | **CIVIL ACTION NO. 25-1282** |
| | **SECTION P** |
| VS. | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **TODD M. LYONS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

Before the Court is the Report and Recommendation of the Magistrate Judge (Doc. 39), the written objections thereto filed by Petitioner (Doc. 40), and the response to the objections filed by Respondents (Doc. 41). The Court has completed a *de novo* review of the record and finds that judgment as recommended by the Magistrate Judge is warranted.

The Court recognizes that a noncitizen's claim under *Zadvydas* may be asserted before the petitioner has been detained longer than six months. *See Gomez-Simeon v. Bondi,* 2025 WL 3470872, *3-4 (W.D. Tex. Nov. 24, 2025). However, the six-month period of detention is presumptively reasonable. *Zadvydas v. Davis,* 553 U.S. 678, 701 (2001). Here, Petitioner has failed to provide "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future" as required to rebut the presumption. *Id.* Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Carlos Alberto Rodelo Echavez's request to stay his removal from the United States of America is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's procedural due process claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claim under *Zadvydas v. Davis* is **DISMISSED WITHOUT PREJUDICE** to his right to re-file the

claim should his confinement become unconstitutional.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claim that his civil detention is punitive is **DENIED AND DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 5th day of February, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE